G. MICHAEL WILLIAMS (#114597)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Ste. A
Stockton, CA 95207
Telephone: 209-476-1661
Facsimile: 209-476-1674

Attorneys for Debtors
Dharmesh and Deepa Bhukhan

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:   ) Case No. 08-37048
         )
BHUKHAN, DHARMESH and DEEPA,   ) DC: GMW-2
         )
   Debtors.   )
         )
         )

### EX PARTE APPLICATION TO REOPEN CASE

The Debtors, through their counsel, hereby apply to reopen their case which was closed on or about March 13, 2009. The Debtors wish to reopen their case so as to (i) amend their exemptions and (ii) move to avoid two judicial liens which encumber their primary residence.

Dated: April 30, 2010..

G. MICHAEL WILLIAMS
GANZER & WILLIAMS


By:/s/ G. MICHAEL WILLIAMS
   Attorneys for Debtors
   Dharmesh and Deepa Bhukhan


Lmd:bhukhan.exparte.reopen

1