FILED

July 27, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002808643

G. MICHAEL WILLIAMS (#114597)
GANZER & WILLIAMS
1617 ST. MARK'S PLAZA, STE. A
STOCKTON, CA  95207
Telephone:  209-476-1661
Facsimile:  209-476-1674

Attorneys for Debtors
Dharmesh and Deepa Bhukhan

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.  08-37048 |
| BHUKHAN, DHARMESH and DEEPA, | DC: GMW-3 |
| Debtors. | Date:  August 24, 2010<br>Time:  9:30 a.m.<br>Dept:  C |

## NOTICE OF  MOTION TO AVOID JUDICIAL LIEN OF JUDGMENT CREDITOR JONATHAN HONG

PLEASE TAKE NOTICE that on August 24, 2010, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom C of the U.S. Bankruptcy Court for the Eastern District of California, located at 501 I Street, Sacramento, California, a hearing will be held on Debtors Dharmesh Bhukhan and Deepa Bhukhan's motion to avoid the judicial lien of  judgment creditor Jonathan Hong.

By this motion, the Debtors will, and hereby do, seek an order to avoid the judicial lien of Jonathan Hong.  Debtors' motion is based upon this notice of hearing, the motion, the declaration of Dharmesh Bhukhan, and on such oral and documented evidence, authority and argument as may be presented at the hearing on the motion.

Pursuant to Local Rules, any opposition to the granting of this motion shall be in writing, supported by written evidence, and shall be served and filed with the clerk by the responding party

1

1   not less than 14 days preceding the noticed or continued date of hearing. Copies of the opposition

2   must be served on the following:

3   G. Michael Williams
    Ganzer & Williams
4   P.O. Box 7683
5   Stockton, CA  95267

6   U. S. Trustee
    501 "I" Street, Ste. 7-500
7   Sacramento, CA  95814

8
    Gary Farrar
9   P.O. Box 576097
    Modesto, CA  95357-6097
10

11         Without good cause, no party will be heard in opposition to the motion or oral argument

12   if written opposition to the motion has not been timely filed. Failure of the responding party to

13   timely file written opposition may be deemed a waiver of any opposition to the granting of the

14   motion.

15

16     Dated:  July 27, 2010.

17                         G. MICHAEL WILLIAMS
                            GANZER & WILLIAMS
18

19

20                     By:/s/ G. MICHAEL WILLIAMS
21                          Attorneys for Debtors
                          Dharmesh & Deepa Bhukhan
22   Lmd:bhukhan.avoid.jud.lien.ntc.hong

23

24

25

26

27

28