2008-37048
FILED
September 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002883295

G. MICHAEL WILLIAMS (#114597)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Ste. A
Stockton, CA 95207
Telephone: 209-476-1661
Facsimile: 209-476-1674

Attorneys for Debtors
Dharmesh and Deepa Bhukhan

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re:                )

BHUKHAN, DHARMESH and DEEPA,   )

      Debtors.         )

)
)
)
)
)
)
)
)

Case No. 08-37048

DC: GMW-3

Date: August 24, 2010
Time: 9:30 a.m.
Dept: C

## AMENDED ORDER ON DEBTORS' MOTION TO AVOID JUDICIAL LIEN OF JUDGMENT CREDITOR JONATHAN HONG

The Debtors' motion to avoid the judicial lien of Jonathan Hong came on regularly for hearing on August 24, 2010, in Department C of this Court before the Honorable Christopher M. Klein. The Court, having reviewed the moving papers, there being no opposition to the motion, and the Court having issued a tentative ruling granting the motion, good cause appearing therefor,

IT IS HEREBY ORDERED that the judicial lien held by judgment creditor, Jonathan Hong impairs the homestead exemption claimed by the debtors in the real property and improvements generally described as 740 Saffron Drive, Tracy, San Joaquin County, California (the "Property"). Accordingly, pursuant to 11 U.S.C. section 522(f), the judicial lien encumbering the Property recorded by Jonathan Hong on May 2, 2008 in the San Joaquin County Official Records as Instrument No. 2008-070902, is hereby avoided in its entirety.

Dated: September 08, 2010

United States Bankruptcy Judge

RECEIVED
August 26, 2
CLERK, U.S. BANKRUPT
EASTERN DISTRICT OF C
0002883295

1    Dated:

2

3

4

5
                                                    _____
6                                                   CHRISTOPHER M. KLEIN
                                                    United States Bankruptcy Court Judge
7

8    Lmd:bhukhan.hong.order

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28